IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**KEITH DARNELL COLLINS,**

    **Plaintiff,**

    v.                                                CASE NO. 21-3254-SAC

**STATE OF KANSAS, et al.,**

    **Defendants.**

### ORDER

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed *in forma pauperis* and assessed an initial partial filing fee of $3.00. (Doc. 4.) The order provides that the fee is due by December 8, 2021, and states that "[t]he failure to pay the fee as directed may result in the dismissal of this matter without further notice." *Id*. Plaintiff has failed to pay the initial partial filing fee by the deadline and has failed to respond to the Court's order.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

2

Plaintiff has failed to pay the initial partial filing fee by the Court's deadline and has otherwise failed to respond to the Court's order.

**IT IS THEREFORE ORDERED THAT** this matter is dismissed without prejudice under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

**Dated December 13, 2021, in Topeka, Kansas.**

<u>s/ Sam A. Crow</u>
**SAM A. CROW**
**U. S. Senior District Judge**